MICHELE BECKWITH
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Apr 10, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSUE RODRIGUEZ, <br><br> Defendant. | CASE NO. 2:25-cr-0092 DAD <br><br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (4 counts); 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C. § 922(o) – Possession of a Machinegun (2 counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

## INDICTMENT

COUNT ONE: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, on or about May 28, 2024, in the County of Solano, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically, First Degree Burglary, in violation of California Penal Code Section 459, on or about August 12, 2013, in Solano County, California, did knowingly possess a firearm, specifically, a Cobray M-11 9mm pistol with serial number 89-0021172, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

///

COUNT TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, on or about June 20, 2024, in the County of Solano, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically, First Degree Burglary, in violation of California Penal Code Section 459, on or about August 12, 2013, in Solano County, California, did knowingly possess a firearm, specifically, an Imbel 1911A1 .38 caliber pistol with serial number N504937, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, on or about July 10, 2024, in the County of Solano, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically, First Degree Burglary, in violation of California Penal Code Section 459, on or about August 12, 2013, in Solano County, California, did knowingly possess firearms, specifically, a Smith and Wesson .357 caliber revolver with serial number DJY6564, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FOUR: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury further charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, on or about March 19, 2025, in the County of Solano, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically, First Degree Burglary, in violation of California Penal Code Section 459, on or about August 12, 2013, in Solano County, California; did knowingly possess firearms, specifically:

(1) a HS Produkt Hellcat 9mm pistol with serial number BK105953;

(2) a Smith and Wesson Model 15 .38 caliber revolver with serial number 33K4742; and

(3) a Marlin Firearms Company Model 60 .22 caliber rifle with serial number 19498123;

in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury further charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, beginning at a time unknown but no later than on or about May 24, 2024, and continuing through on or about March 19, 2025, in the County of Solano, State and Eastern District of California, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT SIX: [18 U.S.C. § 922(o) – Possession of a Machinegun]

The Grand Jury further charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, on or about May 28, 2024, in Sacramento County, State and Eastern District of California, did knowingly possess a machinegun, specifically, a non-serialized, black Mac 11-style firearm, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Section 922(o).

COUNT SEVEN: [18 U.S.C. § 922(o) – Possession of a Machinegun]

The Grand Jury further charges: T H A T

JOSUE RODRIGUEZ,

defendant herein, on or about June 20, 2024, in Sacramento County, State and Eastern District of California, did knowingly possess a machinegun, specifically, a non-serialized, black and tan Glock-style handgun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Section 922(o).

///

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Seven of this Indictment, defendant JOSUE RODRIGUEZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Seven of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

*Michele Beckworth*
MICHELE BECKWITH
Acting United States Attorney

No. _____ 2:25-cr-0092 DAD

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

JOSUE RODRIGUEZ

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(g)(1); 18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 922(o); 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)

*A true bill,* **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* **10th** *day*

*of* **April** *, A.D. 20* **25**

_____ /s/ Chris Nair _____
*Clerk.*

*Bail, $* _____ No process needed

_____
U.S. Magistrate Judge

GPO 863 525

<u>United States v. Josue Rodriguez</u>
**Penalties for Indictment**

<u>**Defendant**</u>
**JOSUE RODRIGUEZ**

**COUNTS 1 - 4**

VIOLATION:      18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

PENALTIES:      Maximum of up to 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5**

VIOLATION:      18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms

PENALTIES:      Maximum of up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 6 - 7:**

VIOLATION:      18 U.S.C. § 922(o) – Possession of a Machinegun

PENALTIES:      Maximum of up to 5 years in prison,
Fine of up to $250,000; or both fine and imprisonment
A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:      18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:      As stated in the charging document.