UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 28, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSUE RODRIGUEZ,

    Defendant.

Case No. 2:25-cr-00092-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSUE RODRIGUEZ , Case No. 2:25-cr-00092-DAD , Charge 18 USC § 922(g)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        __X__ Unsecured Appearance Bond $  50,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):

    __X__ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 28, 2025, at 2:00 PM.

By: _____
Magistrate Judge Allison Claire