HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSUE RODRIGUEZ, <br> Defendant. | Case No. 2:25CR92-DAD <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** <br><br> Date: June 9, 2025 <br> Time: 9:30 a.m. <br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for June 9, 2025 be continued to August 18, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. An Indictment was filed in this case on April 10, 2025. Dkt. 20.
2. A Status Conference is currently scheduled for June 9, 2025 at 9:30 a.m.
3. Mr. Rodriguez moves to continue the Status Conference to August 18, 2025 at 9:30 a.m. so that he may have adequate time to review discovery. The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.

4. Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Rodriguez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 9, 2025 and August 18, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 3, 2025                /s/ Hootan Baigmohammadi
                                  HOOTAN BAIGMOHAMMADI
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  Mr. Rodriguez

Date: June 3, 2025                MICHELE BECKWITH
                                  Acting United States Attorney

                                  /s/ Heiko Coppola
                                  HEIKO COPPOLA
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff

Stipulation and Order to Continue Status Hearing and Exclude Time    -2-    *United States v. Rodriguez*, 2:25CR92-DAD

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 4, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE