HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25CR92-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: August 18, 2025 |
| JOSUE RODRIGUEZ, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for August 18, 2025, be continued to October 27, 2025, at 9:30 a.m.

The parties specifically stipulate as follows:

1. An Indictment was filed in this case on April 10, 2025. Dkt. 20.
2. A Status Conference is currently scheduled for August 18, 2025, at 9:30 a.m.
3. Mr. Rodriguez moves to continue the Status Conference to October 27, 2025, at 9:30 a.m. so that he may have adequate time to review discovery and investigate the case. The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery. This is his second request to

1 continue the Status Conference.

2 4. Mr. Rodriguez believes that failure to grant his motion would deny him the
3 reasonable time necessary for effective preparation, taking into account the
4 exercise of due diligence.

5 5. The government does not object to Mr. Rodriguez's motion.

6 6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial
7 Act), the parties request that the time period between August 18, 2025 and
8 October 27, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. §
9 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance
10 granted by the Court at the defense's request, based on a finding that the ends of
11 justice served by granting the continuance outweighs the best interest of the
12 public and Mr. Rodriguez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 12, 2025            */s/ Hootan Baigmohammadi*
                                 HOOTAN BAIGMOHAMMADI
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 Mr. Rodriguez


Date: August 12, 2025            ERIC GRANT
                                 United States Attorney

                                 */s/ Heiko Coppola*
                                 HEIKO COPPOLA
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference previously for August 18, 2025, is continued to October 27, 2025, at 9:30 a.m. and time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: __**August 12, 2025**__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE