HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25CR92-DAD |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: February 2, 2026 |
| JOSUE RODRIGUEZ, | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for February 2, 2026, be continued to **March 16, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1.      The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.

2.      Mr. Rodriguez moves to continue the Status Conference for compelling reasons. First, he is actively conducting investigation. An expert is in the process of evaluating Mr. Rodriguez's cognition and mental health. Second, the expert was unavailable for part of the past month because of jury duty. Third, defense

Stipulation and Order to Continue Status
Hearing and Exclude Time

-1-

*United States v. Rodriguez,*
2:25CR92-DAD

counsel has been preparing for trial in another case for the past month and was unable to devote time to the instant matter. It was scheduled to commence on February 2, 2026. Notwithstanding defense counsel being unexpectantly relieved from representation in the other case today, he still needs additional time to prepare in the instant matter.

3.    Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.    The government does not object to Mr. Rodriguez's motion.

5.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 2, 2026 and March 16, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2026          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: January 28, 2026          ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status          -2-          *United States v. Rodriguez,*
Hearing and Exclude Time                                        2:25CR92-DAD

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The status conference previously set for February 2, 2026, is continued to **March 16, 2026, at 9:30 a.m.** and the time is excluded between February 2, 2026 and March 16, 2026, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:   **January 29, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -3-                    *United States v. Rodriguez,*
2:25CR92-DAD