HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25CR92-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: March 16, 2026 |
| JOSUE RODRIGUEZ, | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for March 16, 2026, be continued to **May 4, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1.    The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.

2.    Mr. Rodriguez moves to continue the Status Conference for compelling reasons. First, he is actively conducting investigation. An expert is wrapping up evaluating Mr. Rodriguez's cognition and mental health. Second, Mr. Rodriguez is currently hospitalized with serious back problems related to his MRSA diagnosis. It is

Stipulation and [Proposed] Order to Continue
Status Hearing and Exclude Time

-1-

*United States v. Rodriguez,*
2:25CR92-DAD

estimated that he will remain in the hospital for 1-2 weeks. He has reported his hospitalization to his pretrial officer. Mr. Rodriguez requests additional time to complete the expert evaluation and to be able to attend the next Status Conference.

3. Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to Mr. Rodriguez's motion.

5. The parties agree that if the case does not resolve by the next Status Conference that they will jointly request a trial setting.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between March 16, 2026 and May 4, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 11, 2026            */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: March 11, 2026            ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and [Proposed] Order to Continue
Status Hearing and Exclude Time                -2-                *United States v. Rodriguez,*
2:25CR92-DAD

**O R D E R**

Pursuant to the parties' stipulation, and a compelling showing of good cause having been made, the previously scheduled status conference set for March 16, 2026, is continued to May 4, 2026, at 9:30 a.m. and time is excluded through May 4, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:   **March 11, 2026**   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE