HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00092-DAD |
| | ) | |
| Plaintiff, | ) | **WAIVER OF PERSONAL APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | Judge: Hon. Dale A. Drozd |
| JOSUE RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Josue Rodriguez hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

Waiver of Personal Appearance                    -1-                    *United States v. Rodriguez,*
2:25cr92-DAD

DATED:   April 24, 2026                    /s/ *Josue Rodriguez*[1]
                                           JOSUE RODRIGUEZ
                                           Defendant


DATED:   April 24, 2026                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Hootan Baigmohammadi*
                                           HOOTAN BAIGMOHAMMADI
                                           Assistant Federal Defender
                                           Attorneys for Mr. Rodriguez


**ORDER**


        IT IS SO ORDERED.

Dated:   **April 28, 2026**          _____
                                           DALE A. DROZD
                                           UNITED STATES DISTRICT JUDGE

---

[1] A hand signed copy is maintained in the client's file.

Waiver of Personal Appearance                -2-                *United States v. Rodriguez*,
                                                                2:25cr92-DAD