HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-CR-00092-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: May 4, 2026 |
| JOSUE RODRIGUEZ, | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for May 4, 2026, be continued to **June 22, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1.    The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.

2.    In the last Stipulation to Continue the Status Hearing, the parties stated that if the case did not resolve by the May 4, 2026, Status Hearing that they would jointly request a trial setting. Dkt. 41 at 2, ¶5.

3.    Unforeseen circumstances have arisen that warrant a different course of action.

-1-            *United States v. Rodriguez,*
                                                                      2:25-CR-00092-DAD

Mr. Rodriguez has been admitted to the hospital almost continuously since early March 2026. He was admitted from March 9 to April 6, 2026. He was admitted again on April 18, 2026, for almost a full week. He was admitted a third time on April 24, 2026, and remains there at present. Due to the hospitalizations, defense counsel has been unable to review a draft expert evaluation report with Mr. Rodriguez prepared by his retained psychologist that analyzes his cognitive and mental health diagnosis. Defense counsel intends to submit the final report to the government with the hopes of resolving the case. Without objection from the government, Mr. Rodriguez requests a continuance of the Status Hearing for this purpose before setting a trial date.

4. Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Rodriguez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 4, 2026 and June 22, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 30, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: April 30, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference set for May 4, 2026, is continued to June 22, 2026, at 9:30 a.m.  and time is excluded through June 22, 2026 pursuant to 18 U.S.C. §§ 3161(h)(3)(A)(B) (Local Code M) and (h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:    **April 30, 2026**    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                          -4-                          *United States v. Rodriguez,*
2:25-CR-00092-DAD