HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25CR92-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | |
| JOSUE RODRIGUEZ, | Date: June 22, 2026 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for June 22, 2026, be continued to **July 13, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1.      The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.

2.      The Court continued the last Status Conference because Mr. Rodriguez was hospitalized long-term for issues related to his back. A continuance was necessary for defense counsel to have adequate time to review a psychological evaluation of Mr. Rodriguez with him before submitting it to the government. Mr. Rodriguez

Stipulation and Order to Continue Status
Hearing and Exclude Time

-1-

*United States v. Rodriguez,*
2:25CR92-DAD

has since been released from the hospital and the review has taken place.

3. Defense counsel plans to discover the psychological evaluation of Mr. Rodriguez to the government today with the intention of trying to negotiate a case resolution. The government will need time to review the evaluation and then discuss with the defense whether the parties can reach a resolution. The parties agree that if a resolution is not reached by the next Status that they will jointly request a trial date.

4. Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Rodriguez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 22, 2026 and July 13, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial.

//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2026        */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez


Date: June 18, 2026        ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff


## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference previously scheduled for June 22, 2026, is continued to July 13, 2026, at 9:30 a.m. and time is excluded through July 13, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:   **June 18, 2026**        _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -3-                    *United States v. Rodriguez,*
2:25CR92-DAD