HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25CR92-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: July 13, 2026 |
| JOSUE RODRIGUEZ, | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for July 13, 2026, be continued to **August 31, 2026, at 9:30 a.m. for a change of plea.**

The parties specifically stipulate as follows:

1.    The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.

2.    Mr. Rodriguez intends to enter a guilty plea at the next hearing date. The AUSA is seeking approval for a resolution via plea agreement. The parties need

Stipulation and Order to Continue Status
Hearing and Exclude Time

-1-

*United States v. Rodriguez,*
2:25CR92-DAD

additional time to finalize the agreement. The Court and parties are next available on August 31, 2026.

3. Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to Mr. Rodriguez's motion.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 13, 2026 and August 31, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 9, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: July 9, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The previously scheduled status conference set for July 13, 2026, is continued to August 31, 2026, at 9:30 a.m. for an anticipated change of plea hearing and time is excluded for the time period between July 13, 2026 and August 31, 2026, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:    **July 9, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE