HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSUE RODRIGUEZ,<br>Defendant. | Case No. 2:25-CR-00092-DAD<br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br>Date: August 31, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Status Hearing set for August 31, 2026, be continued to **October 5, 2026, at 9:30 a.m. for a change of plea.**

The parties specifically stipulate as follows:

1. The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery.
2. Mr. Rodriguez intended to enter a guilty plea at the Status Conference currently scheduled for August 31, 2026 . However, on August 19, 2026, he was admitted to the hospital for serious, chronic medical issues. He remains in the hospital

indefinitely. Defense counsel has provided medical verification to the government.

3. Mr. Rodriguez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to Mr. Rodriguez's motion.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 31, 2026 and October 5, 2026, inclusive, be deemed excludable pursuant to: 1) title 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial; and 2) title 18 U.S.C. § 3161(h)(3)(A) (absence or unavailability of the defendant).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: August 27, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefrom, previously scheduled Status Hearing set for August 31, 2026, is continued to **October 5, 2026, at 9:30 a.m. for a change of plea** and time is excluded from August 31, 2026 through October 5, 2026 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) and 18 U.S.C. § 3161(h)(3)(A) (Local Code M).

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE