HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSUE RODRIGUEZ,<br>Defendant. | Case No. 2:25-CR-00092-DAD<br><br>**AMENDED STIPULATION AND ORDER TO CHANGE OF PLEA HEARING AND EXCLUDE TIME**<br><br>Date: November 9, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Change of Plea Hearing set for November 9, 2026, be continued to **November 23, 2026, at 9:30 a.m. for a change of plea.**

The parties specifically stipulate as follows:

1. The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery which counsel continues to review.

2. The Court has continued the last two Status Conference/Change of Plea hearings in part due to Mr. Rodriguez's medical unavailability because he was admitted long-term to a hospital and thereafter transferred to a skilled nursing facility. [1]

3. Mr. Rodriguez intended to enter a guilty plea at the Change of Plea Hearing currently scheduled for November 9, 2026. However, in early October 2026, Mr. Rodriguez was discharged from the skilled nursing facility and transferred directly to a room and board for people with disabilities. It is expected that he will reside there for approximately six months. In-Home Support Services workers, nurses, and physical therapists visit regularly to help care for and rehabilitate the residents. Food is provided on site. Apart from nearby doctor's visits that he travels to via rideshare, Mr. Rodriguez does not leave the room and board. He is not supposed to sit for prolonged periods of time in the car, or otherwise, due to his medical conditions. Traveling more than two hours round trip for court runs the risk of worsening his medical condition.

4. Mr. Baigmohammadi respectfully requests a two-week continuance on the aforementioned basis and to continue consulting with Mr. Rodriguez , reviewing discovery, and finalizing legal research related to the plea agreement. Defense counsel will obtain corroborating documentation to substantiate a longer continuance request, if necessary.

5. The government does not object to Mr. Rodriguez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 9, 2026 and November 23, 2026, inclusive, be deemed excludable pursuant to: 1) title 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that

[1] Evidence of Mr. Rodriguez's serious, chronic medical history has been presented to the Court and government throughout the case.

the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Rodriguez in a speedy trial; and 2) title 18 U.S.C. § 3161(h)(3)(A) (absence or unavailability of the defendant).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 5, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: November 5, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The previously scheduled change of plea hearing set for November 9, 2026, be continued to November 23, 2026, at 9:30 a.m. for a change of plea and time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) and 18 U.S.C. § 3161(h)(3)(A) (Local Code M).

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE