HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSUE RODRIGUEZ,<br>Defendant. | Case No. 2:25CR92-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME**<br><br>Date: November 23, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Josue Rodriguez, that the previously scheduled Change of Plea hearing set for November 23, 2026, be continued to **February 22, 2027, at 9:30 a.m. for a change of plea.**

The parties specifically stipulate as follows:

1. The government has produced over 1,000 pages, various audio/video files, and a cellular phone extraction in discovery which counsel continues to review.

2. The Court has continued the previous Status Conference/Change of Plea settings in part due to Mr. Rodriguez's medical unavailability because he was admitted long-term to a hospital, thereafter transferred to a skilled nursing facility, and

currently lives in a room and board for people with disabilities. Evidence of Mr. Rodriguez's serious, chronic medical history has been presented to the Court and government throughout the case.

3. Mr. Rodriguez intended to enter a guilty plea at the Status Conference currently scheduled for November 23, 2026, however his current medical condition does not allow him to appear. In a two-page letter dated November 17, 2026, Mr. Rodriguez's physician assistant describes in detail his serious and chronic medical diagnosis, current treatment plan, functional limitations; and provides a medical recommendation along with an anticipated availability for future court appearances. In sum, Mr. Rodriguez's medical conditions heavily restrict his movements and do not allow him to sit for long periods in a car. Requiring Mr. Rodriguez to appear in court will likely further deteriorate his physical condition and it is the PA's medical opinion that he is currently unable to travel from his residence to Sacramento. She opines that he will not be able to tolerate the necessary travel until roughly May to June of 2027. Defense has provided a copy of the letter to the government.

4. For the forgoing reasons, Mr. Rodriguez requests that the Court continue the change of plea hearing to February 22, 2027. At that point, Mr. Rodriguez's physical limitation can be reassessed, and plans can be made accordingly on how best to proceed.

5. The government does not object to Mr. Rodriguez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 23, 2026 and February 22, 2027, inclusive, be deemed excludable pursuant to: 1) title 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the

public and Mr. Rodriguez in a speedy trial; and 2) title 18 U.S.C. § 3161(h)(3)(A) (absence or unavailability of the defendant).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 19, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Rodriguez

Date: November 19, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Heiko Coppola</u>*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The previously scheduled Change of Plea hearing set for November 23, 2026, is continued to February 22, 2027, at 9:30 a.m. and the time period between November 23, 2026 and February 22, 2027, inclusive, is found excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE